*E-Filed 2/26/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | No. C 14-3797 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| SAVAS JAMES LOUKEDIS, | |
| Respondent. | |

Petitioner failed to respond to the Court's order to show cause why his habeas petition should not be dismissed. Accordingly, the petition is DISMISSED under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: February 26, 2015

_____
RICHARD SEEBORG
United States District Judge

No. C 13-2455 RS (PR)
ORDER OF DISMISSAL